244 So.2d 856

Celeste HILL

v.

LUNDIN & ASSOCIATES, INC., et al.

No. 51220.

March 10, 1971.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

244 So.2d 856

STATE of Louisiana ex rel.
R. B. LOVE

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

No. 51101.

March 10, 1971.

 Since the filing of this application, the lower court has held an evidentiary hearing and set the conviction and sentence aside. Hence, this application is now moot.